|  |  |  |
|---|---|---|
| MICHAEL WOOD, on behalf of himself and all others similarly situated, | ) ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) | Case No.: 1:26-cv-1591 |
| v. | ) ) ) | |
| Catalina Rug Gallery, Inc., | ) ) ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 11, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn NY 11234
O: (844) 731-3343
C: (630) 478-0856
Email: achan@ealg.law