**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael Wood

                       Plaintiff,

v.                                           Case No.: 1:26–cv–01591
                                           Honorable Jorge L. Alonso

Catalina Rug Gallery, Inc.

                       Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: The parties have filed a notice of settlement [12]. To provide time to execute the agreement and effectuate any consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 6/26/26. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 5/14/26 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.